ALLAN S. ORCIARI *v.* LYNDA J. ORCIARI
(15964)

Foti, Lavery and Spear, Js.

Argued February 25—officially released March 18, 1997

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* ANTHONY RICE
(15024)

Dupont, C. J., and Spear and Hennessy, Js.

Argued February 26—officially released March 18, 1997

Per Curiam. The judgment is affirmed.

RAYMOND L. FUNAIOLI *v.* CHARLES FLYNN ET AL.
(15453)

Foti, Lavery and Spear, Js.

Argued February 25—officially released March 18, 1997

Per Curiam. The judgment is affirmed.

MUTHU SANKARAN *v.* RONALD JARVIS ET AL.
(15977)

O'Connell, Lavery and Spear, Js.

Argued February 24—officially released March 18, 1997

Per Curiam. The judgment is affirmed.